| | |
|---|---|
| 1 | Kelly H. Dove, Esq. |
| | Nevada Bar No. 10569 |
| 2 | Jennifer L. McBee, Esq. |
| | Nevada Bar No. 9110 |
| 3 | SNELL & WILMER L.L.P. |
| | 3883 Howard Hughes Parkway, Suite 1100 |
| 4 | Las Vegas, Nevada 89169 |
| | Telephone:  (702) 784-5200 |
| 5 | Facsimile:  (702) 784-5252 |
| | kdove@swlaw.com |
| 6 | jmcbee@swlaw.com |
| 7 | *Attorneys for Defendant Wells Fargo Bank, N.A.* |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM F. LASKY, | Case No. 2:23-cv-00825-CDS-NJK |
| Plaintiff, | |
| vs. | **ORDER TO EXTEND TIME FOR DEFENDANT WELLS FARGO BANK, N.A. TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; JPMORGAN CHASE BANKL, N.A.; CELTIC BANK CORPORATION dba CONTINENTAL FINANCE COMPANY, LLC; NORTH SHORE BANK, FSB; and WELLS FARGO BANK, N.A.; | |
| Defendants. | **(FIRST REQUEST)** |

THIS STIPULATION is entered into by and between William F. Lasky ("Plaintiff"), and Wells Fargo Bank, N.A. ("Wells Fargo", and together with Plaintiff, the "Parties"), based on the following:

WHEREAS, on May 25, 2023, Plaintiff filed his Complaint [ECF No. 1];

WHEREAS, Wells Fargo's deadline to respond to the Complaint is June 22, 2023, based on the service date of June 1, 2023;

WHEREAS, Snell & Wilmer L.L.P. has just recently been retained as counsel for Wells Fargo in this matter;

4877-4615-5883

WHEREAS, in order for Wells Fargo's counsel to properly review and prepare a response to the Complaint, the Parties have agreed that Wells Fargo's deadline to respond to Plaintiff's complaint shall be extended to July 31, 2023;

NOW, THEREFORE, subject to Court approval, the Parties agree that Wells Fargo shall have until **July 31, 2023** to respond to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 20th day of June 2023. | DATED this 20th day of June 2023. |
| SNELL & WILMER L.L.P. | FREEDOM LAW FIRM, LLC |
| */s/ Jennifer L. McBee* | */s/ Gerardo Avalos* |
| Kelly H. Dove (NV Bar No. 10569)<br>Jennifer L. McBee (NV Bar No. 9110)<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>*Counsel for Defendant Wells Fargo Bank, N.A.* | George Haines (NV Bar No. 9411)<br>Gerardo Avalos (NV Bar No. 15171)<br>8985 South Eastern Avenue, Suite 100<br>Las Vegas, NV 89123<br>*Counsel for Plaintiff William F. Lasky* |

## ORDER

The Court having considered the foregoing stipulation of the Parties, and good cause appearing,

**IT IS HEREBY ORDERED** that the Defendant Wells Fargo Bank, N.A. shall have until July 31, 2023 to answer or otherwise respond to Plaintiff's Complaint.

Dated: June 21, 2023

_____
UNITED STATES MAGISTRATE JUDGE

4877-4615-5883