George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@freedomlegalteam.com
*Attorneys for Plaintiff William F . Lasky*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| William F. Lasky,<br><br>                    Plaintiff,<br>v.<br><br>Equifax Information Services, LLC; Experian Information Solutions, Inc.; JPMorgan Chase Bank, N.A.; Celtic Bank Corporation dba Continental Finance Company, LLC; North Shore Bank, FSB; and Wells Fargo Bank, N.A.,<br><br>                    Defendants. | Case No.: 2:23-cv-00825<br><br>**Unopposed Motion for an extension of time for Celtic Bank Corporation dba Continental Finance Company, LLC to respond to Plaintiff's complaint**<br><br>**First request** |

William F. Lasky ("Plaintiff"), by and through counsel, hereby requests an extension of time for Celtic Bank Corporation dba Continental Finance Company, LLC ("Defendant") to respond to Plaintiff's complaint. Defendant's responsive pleading is currently due on June 29, 2023. This is the first request for an extension of this deadline.

MOTION                                                     - 1 -

The extension is sought because the parties are engaged in active settlement discussions and informal discovery to assist the case resolution efforts. Plaintiff does not oppose an extension of Defendant's time to answer the complaint so that the parties may devote their energies to resolving this matter.

In good faith and not for the purposes of delay, Plaintiff requests that this Court extend Defendant's deadline to file its responsive pleading until on or before **July 29, 2023**.

Dated: June 29, 2023.

**FREEDOM LAW FIRM, LLC**

 /s/ Gerardo Avalos
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, NV 89123
*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 30, 2023