Kelly H. Dove, Esq.
Nevada Bar No. 10569
Jennifer L. McBee, Esq.
Nevada Bar No. 9110
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone:  (702) 784-5200
Facsimile:  (702) 784-5252
kdove@swlaw.com
jmcbee@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM F. LASKY,<br><br>                Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; JPMORGAN CHASE BANKL, N.A.; CELTIC BANK CORPORATION dba CONTINENTAL FINANCE COMPANY, LLC; NORTH SHORE BANK, FSB; and WELLS FARGO BANK, N.A.;<br><br>                Defendants. | Case No. 2:23-cv-00825-CDS-NJK<br><br>**ORDER TO EXTEND TIME FOR DEFENDANT WELLS FARGO BANK, N.A. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(SECOND REQUEST)** |

      THIS STIPULATION is entered into by and between William F. Lasky ("Plaintiff"), and Wells Fargo Bank, N.A. ("Wells Fargo", and together with Plaintiff, the "Parties"), based on the following:

      WHEREAS, on May 25, 2023, Plaintiff filed his Complaint [ECF No. 1];

      WHEREAS, Wells Fargo's deadline to respond to the Complaint was June 22, 2023, based on the service date of June 1, 2023;

      WHEREAS, on June 20, 2023, the Parties entered into a Stipulation and Order to Extend Time for Defendant Wells Fargo Bank, N.A. to Respond to Plaintiff's Complaint (First Request) ("First Stipulation");

4882-2994-1362

1    WHEREAS, on June 21, 2023, the Court entered an order approving the First Stipulation and extending the date for Wells Fargo to respond to the Complaint to July 31, 2023;

WHEREAS, the Complaint contains drafting errors as it relates to Plaintiff's claims against Wells Fargo, which has caused a delay in evaluating the factual issues of the case. As the Parties have now sorted through the drafting errors and have a complete understanding of the allegations against Wells Fargo, the Parties have agreed to a modest 14-day extension for Wells Fargo to respond to the Complaint, until August 14, 2023, to allow Wells Fargo sufficient time to determine the appropriate court of action for responding to Plaintiff's Complaint and explore settlement options;

NOW, THEREFORE, subject to Court approval, the Parties agree that Wells Fargo shall have until **August 14, 2023** to respond to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

DATED this 28th day of July 2023.                    DATED this 28th day of July 2023.

SNELL & WILMER L.L.P.                                FREEDOM LAW FIRM, LLC

*/s/ Jennifer L. McBee*                              */s/ Gerardo Avalos*
Kelly H. Dove (NV Bar No. 10569)                     George Haines (NV Bar No. 9411)
Jennifer L. McBee (NV Bar No. 9110)                  Gerardo Avalos (NV Bar No. 15171)
3883 Howard Hughes Parkway, Suite 1100               8985 South Eastern Avenue, Suite 100
Las Vegas, NV 89169                                  Las Vegas, NV 89123
*Counsel for Defendant Wells Fargo Bank, N.A.*       *Counsel for Plaintiff William F. Lasky*

### ORDER

The Court having considered the foregoing stipulation of the Parties, and good cause appearing,

**IT IS HEREBY ORDERED** that the Defendant Wells Fargo Bank, N.A. shall have until August 14, 2023 to answer or otherwise respond to Plaintiff's Complaint.

DATED  July 31, 2023

_____
UNITED STATES MAGISTRATE JUDGE

4882-2994-1362