UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM F. LASKY,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br><br>    Defendants. | Case No. 2:23-cv-00825-CDS-NJK<br><br>**ORDER** |

    Defendant JPMorgan Chase Bank, N.A. was ordered to file a certificate of interested parties no later than August 2, 2023. Docket No. 26. Defendant JPMorgan Chase Bank, N.A. has failed to file a certificate of interested parties and the deadline to do so has now passed. Accordingly, Defendant JPMorgan Chase Bank, N.A. is **ORDERED** to file a certificate of interested parties no later than **August 8, 2023**. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS.**

    IT IS SO ORDERED.

    Dated: August 4, 2023

                                                        Nancy J. Koppe<br>                                                        United States Magistrate Judge