Kelly H. Dove, Esq.
Nevada Bar No. 10569
Jennifer L. McBee, Esq.
Nevada Bar No. 9110
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: kdove@swlaw.com
Email: jmcbee@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM F. LASKY,<br><br>    Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; JPMORGAN CHASE BANKL, N.A.; CELTIC BANK CORPORATION dba CONTINENTAL FINANCE COMPANY, LLC; NORTH SHORE BANK, FSB; and WELLS FARGO BANK, N.A.;<br><br>    Defendants. | Case No. 2:23-cv-00825-CDS-NJK<br><br>**ORDER TO EXTEND TIME FOR DEFENDANT WELLS FARGO BANK, N.A. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(THIRD REQUEST)** |

THIS STIPULATION is entered into by and between William F. Lasky ("Plaintiff"), and Wells Fargo Bank, N.A. ("Wells Fargo", and together with Plaintiff, the "Parties"), based on the following:

WHEREAS, on May 25, 2023, Plaintiff filed his Complaint [ECF No. 1];

WHEREAS, Wells Fargo's deadline to respond to the Complaint was June 22, 2023, based on the service date of June 1, 2023;

WHEREAS, on June 20, 2023, the Parties entered into a Stipulation and Order to Extend Time for Defendant Wells Fargo Bank, N.A. to Respond to Plaintiff's Complaint (First Request) ("First Stipulation");

4883-5860-8246

WHEREAS, on June 21, 2023, the Court entered an order approving the First Stipulation and extending the date for Wells Fargo to respond to the Complaint to July 31, 2023;

WHEREAS, on July 28, 2023, the Parties entered into a Stipulation and Order to Extend Time for Defendant Wells Fargo Bank, N.A. to Respond to Plaintiff's Complaint (Second Request) ("Second Stipulation");

WHEREAS, on July 31, 2023, the Court entered an order approving the Second Stipulation and extending the date for Wells Fargo to respond to the Complaint to August 14, 2023;

WHEREAS, the Parties have now analyzed Plaintiff's various Wells Fargo accounts, determined which account is at issue in this litigation in light of the previous uncertainty due to drafting errors in the Complaint, and investigated the applicable credit reporting. The Parties are in the process of resolving this matter, short of continued litigation, and anticipate reaching a resolution in the near term. To allow sufficient time to document a resolution, the Parties have agreed to an additional 14-day extension for Wells Fargo to respond to the Complaint, until August 28, 2023.

NOW, THEREFORE, subject to Court approval, the Parties agree that Wells Fargo shall have until **August 28, 2023**, to respond to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 14th day of August 2023. | DATED this 14th day of August 2023. |
| SNELL & WILMER L.L.P. | FREEDOM LAW FIRM, LLC |
| */s/ Jennifer L. Mcbee* | */s/ Gerardo Avalos* |
| Kelly H. Dove (NV Bar No. 10569) | George Haines (NV Bar No. 9411) |
| Jennifer L. McBee (NV Bar No. 9110) | Gerardo Avalos (NV Bar No. 15171) |
| 3883 Howard Hughes Parkway, Suite 1100 | 8985 South Eastern Avenue, Suite 100 |
| Las Vegas, NV 89169 | Las Vegas, NV 89123 |
| *Counsel for Defendant Wells Fargo Bank, N.A.* | *Counsel for Plaintiff William F. Lasky* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: August 15, 2023

4883-5860-8246

- 2 -