Kelly H. Dove, Esq.
Nevada Bar No. 10569
Jennifer L. McBee, Esq.
Nevada Bar No. 9110
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
kdove@swlaw.com
jmcbee@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM F. LASKY,<br><br>　　　　　Plaintiff<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; JPMORGAN CHASE BANKL, N.A.; CELTIC BANK CORPORATION dba CONTINENTAL FINANCE COMPANY, LLC; NORTH SHORE BANK, FSB; and WELLS FARGO BANK, N.A.;<br><br>　　　　　Defendants | Case No. 2:23-cv-00825-CDS-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), it is hereby stipulated and agreed between Plaintiff, William F. Lasky ("Plaintiff") and Defendant, Wells Fargo Bank, N.A. ("Wells Fargo") (collectively, the "Parties"), by and through their undersigned counsel of record, that:

1.   An order shall be entered dismissing all claims and causes of actions asserted against Defendant Wells Fargo Bank, N.A. in this action, with prejudice;

2.   Any outstanding hearings and deadlines pertaining to Wells Fargo Bank, N.A. shall be vacated; and

///

4891-5580-1729

3. The Parties shall bear their own attorneys' fees and costs associated with this action.

**IT IS SO STIPULATED.**

DATED this 20th day of September 2023.        DATED this 20th day of September 2023.

SNELL & WILMER L.L.P.                          FREEDOM LAW FIRM, LLC

*/s/ Jennifer L. McBee*                        */s/ Gerardo Avalos*

Kelly H. Dove (NV Bar No. 10569)               George Haines (NV Bar No. 9411)
Jennifer L. McBee (NV Bar No. 9110)            Gerardo Avalos (NV Bar No. 15171)
3883 Howard Hughes Parkway, Suite 1100         8985 South Eastern Avenue, Suite 100
Las Vegas, Nevada 89169                        Las Vegas, Nevada 89123
Telephone: (702) 784-5200                      Telephone: (702) 880-5554
Facsimile: (702) 784-5252                      Facsimile: (702) 385-5518

*Attorneys for Defendant Wells Fargo Bank, N.A.*   *Attorneys for Plaintiff William F. Lasky*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: September 25, 2023

4891-5580-1729