George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff William F. Lasky*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| William F. Lasky, | Case No.: 2:23-cv-00825-CDS-NJK |
| Plaintiff | |
| v. | **Stipulation of dismissal of Equifax Information Services, LLC with prejudice.** |
| Equifax Information Services, LLC; Experian Information Solutions, Inc.; JPMorgan Chase Bank, N.A.; Celtic Bank Corporation dba Continental Finance Company, LLC; North Shore Bank, FSB and Wells Fargo Bank, N.A., | |
| Defendants | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, William F. Lasky and Equifax Information Services, LLC stipulate to dismiss Plaintiff's claims against Equifax Information Services, LLC with prejudice.

_____

Each party will bear its own costs, disbursements, and attorney fees.

Dated: March 20, 2024.

**FREEDOM LAW FIRM**

 /s/ *George Haines*
George Haines, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff William F. Lasky*

**CLARK HILL PLLC**

/s/ *Gia N. Marina*
Gia N. Marina, Esq.
Clark Hill PLLC
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
*Counsel for Equifax Information Services, LLC*

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
United States District Judge

DATED:  March 25, 2024

STIPULATION                                                        - 2 -